United States District Court
Southern District of Texas
**ENTERED**
August 07, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Michael Palma, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-20-2743 |
| Harris County Appraisal District, et al., | § § § | |
| Defendants. | § | |

## Order on Service

Michael Palma must serve the defendants through the normal process – not through Texas E-File. (2)

Signed on August 7, 2020, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge