**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MICHAEL PALMA | 4:20CV2743  4-20-CV-2743 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| HARRIS COUNTY APPRAISAL DISTRICT, ET AL | SUMMONS AND COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JUDGE CHRISTINE WEEMS, HARRIS COUNTY CIVIL COURTHOUSE, 281ST STATE DISTRICT COURT
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
201 CAROLINE, 14TH FLOOR, HOUSTON TX 77002

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

US COURTS
515 RUSK, ROOM 5300
HOUSTON TX 77002

United States Courts
Southern District of Texas
FILED
SEP 03 2020
David J. Bradley, Clerk of Court

Number of process to be served with this Form 285: 
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 713-250-5500
DATE:

*[signature] deputy Clerk*

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin No.: F99
District to Serve No.: F99
Signature of Authorized USMS Deputy or Clerk
Date: 8/31/2020

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:
RICK TORRES, COURT COORDINATOR
Date: 9-1-20
Time: 11:30 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy: *L. HERNANDEZ*

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | ACCOMPANIED SERVICE | 0 | 65.00 | 0 | 65.00 |

REMARKS