IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL PALMA, § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:20-cv-02743 |
| § | |
| HARRIS COUNTY APPRAISAL § | |
| DISTRICT, and CHRISTINE WEEMS § | |
| § | |
| Defendants. § | |

**ORDER ON DEFENDANT CHRISTINE WEEMS'S MOTION TO DISMISS**

On this day came to be considered the Motion to Dismiss filed on September 9, 2020 by Defendant Christine Weems. Having considered the Motion, Plaintiff's Response, the Reply, if any, the pleadings on file, and the law, the Court is of the opinion that the Motion has merit and should be GRANTED.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss is hereby GRANTED.

IT IS FURTHER ORDERED that Plaintiff's claim and requests for relief against Defendant Christine Weems are DISMISSED in their entirety WITH PREJUDICE to refiling.

Signed on this, the ____ day of _____, 2020.

_____
LYNN N. HUGHES
UNITED STATES DISTRICT JUDGE