| | | |
|---|---|---|
| United States District Court | § | Southern District of Texas |

United States District Court
Southern District of Texas
**ENTERED**
November 10, 2020
David J. Bradley, Clerk

Michael Palma, §
§
    Plaintiff, §
§
versus §    Civil Action H-20-2743
§
Harris County Appraisal District, et al., §
§
    Defendants. §

## Order to Stay

The case is stayed pending the decision by Judge Bennett on the motion to consolidate in *Michael Palma v. Harris County Appraisal District and Dedra Davis*, 20-cv-2741.

Signed on November 9, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge